

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00093-CR

**EX PARTE** Greg **SAUL**,

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-01-002-HCW
Honorable Russell Wilson, Judge Presiding

## O R D E R

Sitting:    Karen Angelini, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The court has considered appellant Greg Saul's motion for stay of mandate and has determined that said motion is DENIED. Appellant may present the motion and appendix to the clerk of the Court of Criminal Appeals for consideration and determination. *See* TEX. R. APP. P. 31.4(c).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.

_____
Keith E. Hottle
Clerk of Court